**BARG SINGER HOESLY PC**
Cody Hoesly, OSB #052860
choesly@bargsinger.com
121 SW Morrison Street, Suite 600
Portland, OR 97204
Telephone: (503) 241-8521

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (*pro hac vice* forthcoming)
Stephen A. Beck (admitted *pro hac vice*)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com
sbeck@bursor.com

*Attorneys for Plaintiff and the Putative Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| B.N., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Oregon Reproductive Medicine, LLC d/b/a ORM Fertility,<br><br>Defendant. | Case No. 3:25-cv-00202-IM<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff B.N. ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding Defendant Oregon Reproductive Medicine, LLC d/b/a ORM Fertility's ("Defendant") pending Motion to Dismiss Plaintiff's First Amended Complaint. *See* ECF Nos. 27, 33–35.

Plaintiff brings to this Court's attention a recent decision by the Honorable Jeffrey I. Cummings in *McClain v. Capital Vision Servs., LLC*, Case No. 1:25-cv-07675 (N.D. Ill. Mar. 13, 2026) (ECF No. 32). A copy of the written order is attached hereto as **Exhibit 1**.

The facts in the current matter closely mirror those of *McClain*, which also involved the disclosure of personal health information made on a public-facing website. Based on these facts, the Court denied the defendant's Rule 12(b)(6) motion to dismiss the plaintiff's claims for violations of the Electronic Communications Privacy Act ("ECPA").

Dated: March 18, 2026

By: *<u>/s/ Stephen A. Beck</u>*
Stephen A. Beck

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (*pro hac vice* forthcoming)
Stephen A. Beck (admitted *pro hac vice*)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com
sbeck@bursor.com

**BARG SINGER HOESLY PC**
Cody Hoesly, OSB #052860
choesly@bargsinger.com
121 SW Morrison Street, Suite 600
Portland, OR 97204
Telephone: (503) 241-8521

*Attorneys for Plaintiff and the Putative Class*