Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Jenna M. Teeny, OSB No. 244519
jteeny@swlaw.com
Patricia Brum (*pro hac vice*)
pbrum@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888

Attorneys for Defendant Oregon Reproductive Medicine, LLC d/b/a/ ORM Fertility

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

B.N., individually and on behalf of all others similarly situated,

Plaintiff,

v.

OREGON REPRODUCTIVE MEDICINE, LLC d/b/a/ ORM FERTILITY,

Defendant.

Case No. 3:25-cv-00202-IM

DEFENDANT OREGON REPRODUCTIVE MEDICINE LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Defendant Oregon Reproductive Medicine, LLC d/b/a/ ORM Fertility ("ORM Fertility"), by and through undersigned counsel, hereby responds to Plaintiff's First Amended Class Action Complaint ("FAC")[1] and, pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, denies each and every allegation contained in the FAC, unless specifically admitted herein.

To the extent any allegation in the FAC is not specifically addressed herein, such allegation is denied. Any allegation not expressly and unequivocally admitted is hereby denied. ORM Fertility reserves the right to amend this Answer and to assert additional defenses as discovery and investigation may warrant. ORM Fertility responds to Plaintiff's FAC as follows:

## AS TO "NATURE OF THE ACTION"

1. ORM Fertility admits that Plaintiff purports to bring a putative class action against ORM Fertility on behalf of all patients who accessed and used www.ormfertility.com (the "Website") to book a consultation for IVF, fertility, and/or other family planning services, but denies that Plaintiff's putative class action is proper and/or that Plaintiff is entitled to any damage or relief against ORM Fertility.

2. Paragraph 2 of the FAC contains purported legal conclusions and generalized allegations regarding users' expectations when accessing the Website to which no response is required. To the extent a further response is required, ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the FAC and accordingly denies these allegations.

3. ORM Fertility denies the allegations in paragraph 3 of the FAC.

4. ORM Fertility denies the allegations in paragraph 4 of the FAC.

[1] To the extent that Plaintiff's FAC refers and/or prospectively incorporates allegations of and on behalf of putative class members in addition to the individual allegations alleged herein, ORM Fertility hereby responds to those allegations as if referring to the same as drafted in the FAC.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

5. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the FAC and accordingly denies these allegations.

6. ORM Fertility admits that Plaintiff purports to bring a putative class action against ORM Fertility for equitable relief and to recover damages and restitution for: (i) violation of the Electronic Communications Privacy Act ("ECPA"), 18 U.S.C. § 2511(1), *et seq.*; (ii) negligence, (iii) breach of confidence, and (iv) unjust enrichment, but denies that Plaintiff's putative class action is proper and/or that Plaintiff and/or each of the putative class members is entitled to any damage or relief against ORM Fertility.

**AS TO "PARTIES"**

7. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the FAC and accordingly denies these allegations.

8. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the FAC and accordingly denies these allegations.

9. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the FAC and accordingly denies these allegations.

10. ORM Fertility denies the allegations in paragraph 10 of the FAC.

11. ORM Fertility denies the allegations in paragraph 11 of the FAC.

12. ORM Fertility denies the allegations in paragraph 12 of the FAC.

13. ORM Fertility admits that it is an Oregon limited liability company with its principal place of business at 808 SW 15th Avenue, Portland, Oregon; and that it owns the Website, which is no longer operative. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 13 of the FAC and accordingly denies these allegations.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

## AS TO "JURISIDICTION AND VENUE"

14. Paragraph 14 of the FAC contains legal conclusions to which no response is required. To the extent a further response is required, ORM Fertility admits that Plaintiff purports to invoke jurisdiction under 28 U.S.C. §§ 1331 over the claims that arise under the ECPA and supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367, and purports to bring this action as a class action and invokes jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(A), as modified by the Class Action Fairness of 2005.

15. Paragraph 15 of the FAC contains legal conclusions to which no response is required. To the extent that a further response is required, ORM Fertility admits that it is an Oregon limited liability company with its principal place of business in this District.

16. Paragraph 16 of the FAC contains legal conclusions to which no response is required. To the extent that a further response is required, ORM Fertility denies the allegations set forth in paragraph 17 of the FAC, except admits that Plaintiff purports to invoke venue in this Court pursuant to 28 U.S.C. § 1391(b).

## AS TO "FACTUAL ALLEGATIONS"

**A. As to "Plaintiff's Communications with ORM Involved PHI"**

17. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the FAC and accordingly denies these allegations.

18. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the FAC and accordingly denies these allegations.

19. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the FAC and accordingly denies these allegations.

20. ORM Fertility denies the allegations in paragraph 20 of the FAC.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

21. ORM Fertility denies the allegations in paragraph 21 of the FAC.

22. ORM Fertility denies the allegations in paragraph 22 of the FAC.

23. ORM Fertility denies the allegations in paragraph 23 of the FAC.

**B. As to "ORM's Use of the LinkedIn Insight Tag and Disclosure of Plaintiff's PHI and Contents of Her Electronic Communications"**

24. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the FAC and accordingly denies these allegations.

25. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the FAC and accordingly denies these allegations.

26. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the FAC and its subparts and accordingly denies them.

27. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the FAC and accordingly denies these allegations.

28. ORM Fertility denies the allegations in paragraph 28 of the FAC.

29. ORM Fertility denies the allegations in paragraph 29 of the FAC.

30. ORM Fertility denies the allegations in paragraph 30 of the FAC.

31. ORM Fertility denies the allegations in paragraph 31 of the FAC.

**C. As to "Reproductive Health Information is Sensitive and Confidential"**

32. ORM Fertility denies the allegations in paragraph 32 of the FAC.

33. ORM Fertility denies the allegations in paragraph 33 of the FAC.

34. Paragraph 34 contains legal conclusions and purported quotes from ORS 192.553 to 192.581 to which no response is required. To the extent a further response is required, ORM Fertility states that ORS 192.553-192.581 speak for themselves, and denies the allegations in



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

paragraph 34 of the FAC as they fail to accurately characterize the law or the facts at issue in this case.

35. Paragraph 35 contains legal conclusions regarding Oregon law to which no response is required. To the extent a further response is required, ORM Fertility states that Oregon law speaks for itself, and denies the allegations in paragraph 35 of the FAC as they fail to accurately characterize the law or the facts at issue in this case.

36. Paragraph 36 contains legal conclusions regarding Oregon law to which no response is required. To the extent a further response is required, ORM Fertility states that Oregon law speaks for itself, and denies the allegations in paragraph 36 of the FAC as they fail to accurately characterize the law or the facts at issue in this case.

37. Paragraph 37 contains legal conclusions regarding federal law and HIPAA to which no response is required. To the extent a further response is required, ORM Fertility states that federal law and HIPAA speak for themselves, and denies the allegations in paragraph 37 of the FAC as they fail to accurately characterize the law or the facts at issue in this case.

38. Paragraph 38 contains legal conclusions and purported quotes from ORS 192.553(2) to which no response is required. To the extent a further response is required, ORM Fertility states that ORS 192.553(2) speaks for itself, and denies that the allegations in paragraph 38 as they fail to accurately characterize the law or the facts at issue in this case.

39. Paragraph 39 contains legal conclusions and purported quotes from the U.S. Dept. of Health and Human Services' website www.hhs.gov/hipaa to which no response is required. To the extent a further response is required, ORM Fertility states that www.hhs.gov/hipaa speaks for itself; denies the allegations in paragraph 39 of the FAC as they fail to accurately characterize the



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

law or the facts at issue in this case, and denies that the contents of the www.hhs.gov/hipaa website are binding on this Court.

40. Paragraph 40 contains legal conclusions and purported quotes from 42 U.S.C. § 1320d-6 to which no response is required. To the extent a further response is required, ORM Fertility states 42 U.S.C. § 1320d-6 speaks for itself and denies the allegations in paragraph 40 of the FAC as they fail to accurately characterize the law or the facts at issue in this case.

41. Paragraph 41 contains legal conclusions and purported quotes from 42 U.S.C. § 1320d-6 to which no response is required. To the extent a further response is required, ORM Fertility states 42 U.S.C. § 1320d-6 speaks for itself, and denies the allegations in Paragraph 41 of the FAC as they fail to accurately characterize the law or the facts at issue in this case.

42. ORM Fertility denies the allegations in paragraph 42 of the FAC.

43. ORM Fertility denies the allegations in paragraph 43 of the FAC and its subparts.

44. Paragraph 44 contains legal conclusions and purported quotes from the U.S. Dept. of Health and Human Services' website www.hhs.gov/hipaa to which no response is required. To the extent a further response is required, ORM Fertility states that www.hhs.gov/hipaa speaks for itself; denies the allegations in paragraph 44 of the FAC as they fail to accurately characterize the law or the facts at issue in this case; and denies that the contents of the www.hhs.gov/hipaa website are binding on this Court.

45. Paragraph 45 contains legal conclusions and purported quotes from the U.S. Dept. of Health and Human Services' website www.hhs.gov/hipaa to which no response is required. To the extent a further response is required, ORM Fertility states that www.hhs.gov/hipaa speaks for itself; denies the allegations in paragraph 45 of the FAC as they fail to accurately characterize the



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

law or the facts at issue in this case; and denies that the contents of the www.hhs.gov/hipaa website are binding on this Court.

46. ORM Fertility denies the allegations in paragraph 46 of the FAC.

47. Paragraph 47 contains legal conclusions and purported quotes from the U.S. Dept. of Health and Human Services' website www.hhs.gov/hipaa to which no response is required. To the extent a further response is required, ORM Fertility states that www.hhs.gov/hipaa speaks for itself; denies the allegations in paragraph 47 of the FAC as they fail to accurately characterize the law or the facts at issue in this case; and denies that the contents of the www.hhs.gov/hipaa website are binding on this Court.

48. Paragraph 48 contains legal conclusions and purported quotes from the U.S. Dept. of Health and Human Services' website www.hhs.gov/hipaa to which no response is required. To the extent a further response is required, ORM Fertility states that www.hhs.gov/hipaa speaks for itself; denies the allegations in paragraph 48 of the FAC as they fail to accurately characterize the law or the facts at issue in this case; and denies that the contents of the www.hhs.gov/hipaa website are binding on this Court.

49. Paragraph 49 contains legal conclusions and purported quotes from the Federal Trade Commission's website www.ftc.gov/news-events to which no response is required. To the extent a further response is required, ORM Fertility states that www.hhs.gov/hipaa speaks for itself; denies the allegations in paragraph 49 of the FAC as they fail to accurately characterize the law or the facts at issue in this case; and denies that the contents of the www.hhs.gov/hipaa website are binding on this Court.

50. ORM Fertility denies the allegations in paragraph 50 of the FAC.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

**D. As to "LinkedIn's Platform and Business Tools"**

51. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the FAC and accordingly denies these allegations.

52. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the FAC and accordingly denies these allegations.

53. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the FAC and accordingly denies these allegations.

54. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the FAC and accordingly denies these allegations.

55. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 of the FAC and accordingly denies these allegations.

56. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 of the FAC and accordingly denies these allegations.

57. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 of the FAC and accordingly denies these allegations.

58. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 of the FAC and accordingly denies these allegations.

59. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 of the FAC and accordingly denies these allegations.

60. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 of the FAC and accordingly denies these allegations.

61. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 of the FAC and accordingly denies these allegations.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

62. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 of the FAC and accordingly denies these allegations.

63. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 of the FAC and accordingly denies these allegations.

64. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 of the FAC and accordingly denies these allegations.

65. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 of the FAC and accordingly denies these allegations.

66. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 of the FAC and accordingly denies these allegations.

67. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 of the FAC and accordingly denies these allegations.

68. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68 of the FAC and accordingly denies these allegations.

69. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 of the FAC and accordingly denies these allegations.

70. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 of the FAC and accordingly denies these allegations.

71. ORM Fertility denies the allegations in paragraph 71 of the FAC.

72. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 of the FAC and accordingly denies these allegations.

73. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 of the FAC and accordingly denies these allegations.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

**E. As to "How LinkedIn Intercepted Plaintiff's and Class Members' Protected Health Information"**

74. ORM Fertility admits that it provides fertility services. ORM Fertility denies the remaining allegations in paragraph 74 of the FAC.

75. ORM Fertility denies the allegations in paragraph 75 of the FAC.

76. ORM Fertility denies the allegations in paragraph 76 of the FAC and specifically denies that figures 1-3 accurately represent the functionality of the Website.

77. ORM Fertility denies the allegations in paragraph 77 of the FAC.

78. ORM Fertility denies the allegations in paragraph 78 of the FAC.

79. ORM Fertility denies the allegations in paragraph 79 of the FAC.

80. ORM Fertility denies the allegations in paragraph 80 of the FAC.

81. ORM Fertility denies that it intercepted data. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 81 of the FAC and accordingly denies these allegations.

82. ORM Fertility admits that all people are entitled to privacy in their protected health information and confidential information but denies that it violated Plaintiff's and/or other putative class members' privacy. ORM Fertility denies the remaining allegations in paragraph 82 of the FAC.

83. ORM Fertility denies the allegations in paragraph 83 of the FAC.

84. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 of the FAC and accordingly denies these allegations.

85. ORM Fertility denies the allegations in paragraph 85 of the FAC.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

### D. As to "Plaintiff's and Class Members' Private Information Had Financial Value"[2]

86. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86 of the FAC and accordingly denies these allegations.

87. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 of the FAC and accordingly denies these allegations.

88. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88 of the FAC and accordingly denies these allegations.

89. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89 of the FAC and accordingly denies these allegations.

90. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90 of the FAC and accordingly denies these allegations.

91. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91 of the FAC and accordingly denies these allegations.

92. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92 of the FAC and accordingly denies these allegations.

93. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93 of the FAC and accordingly denies these allegations.

94. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94 of the FAC and accordingly denies these allegations.

## CLASS ACTION ALLEGATIONS

95. ORM Fertility admits that Plaintiff seeks to represent a putative class but denies that the class definition and/or class certification is proper.

[2] Plaintiff incorrectly designates this heading as "D" but should be "F."



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

96. ORM Fertility admits that Plaintiff seeks to represent a putative subclass but denies that the subclass definition and/or class certification are proper.

97. ORM Fertility admits that Plaintiff purports to reserve the right to amend the proposed class and/or subclass but denies that class certification is proper. ORM Fertility denies the remaining allegations in paragraph 97 of the FAC.

98. Paragraph 98 contains legal conclusions to which no response is required. To the extent a further response is required, ORM Fertility admits that Plaintiff purports to establish the Class Period but denies that class certification is proper. ORM Fertility denies the remaining allegations in Paragraph 98 of the FAC.

99. Paragraph 99 contains legal conclusions to which no response is required. To the extent a further response is required, ORM Fertility admits that Plaintiff purports to define a class but denies that the class is properly defined or certifiable.

100. The allegations of this paragraph do not contain factual assertions but rather set forth legal argument regarding the numerosity requirement of Rule 23 to which no response is required. To the extent a further response is required, ORM Fertility denies that class certification would be appropriate in this matter, denies that Plaintiff and alleged class members were harmed in any way by ORM Fertility's conduct, and denies the alleged numerosity of the proposed class.

101. The allegations of this paragraph do not contain factual assertions but rather set forth legal argument regarding the typicality requirement of Rule 23 to which no response is required. To the extent a further response is required, ORM Fertility denies that class certification would be appropriate in this matter, denies that Plaintiff and alleged class members were harmed in any way by ORM Fertility's conduct, and denies the alleged typicality of the proposed class.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

102. The allegations of this paragraph do not contain factual assertions but rather set forth legal conclusions to which no response is required. To the extent a further response is required, ORM Fertility denies that common questions of law and fact would predominate in this case, and affirmatively asserts that the class would be utterly unmanageable, and would require the court to individually assess liability for each class member's claims, turning this putative class action into a series of improper, individual "mini-trials." ORM Fertility denies the remaining allegations in paragraph 102 of the FAC.

103. The allegations of this paragraph do not contain factual assertions to which a response is required but rather set forth legal conclusions that Plaintiff is adequate class representative to which no response is required. To the extent a further response is required, ORM Fertility denies that class certification is appropriate in this matter or that class action would be superior here and thus denies the need for a class representative. ORM Fertility denies the remaining allegations in paragraph 103 of the FAC.

104. The allegations of this paragraph do not contain factual assertions but rather set forth one or more legal conclusions regarding the efficiency and judicial economy in the putative class to which no response is required. To the extent a further response is required, ORM Fertility denies that class certification is appropriate in this matter or that a class action would be superior here. ORM Fertility denies the remaining allegations in paragraph 104 of the FAC.

105. The allegations of this paragraph do not contain factual assertions but rather set forth one or more legal conclusions regarding the efficiency and judicial economy in the putative class to which no response is required. To the extent a further response is required, ORM Fertility denies that class certification is appropriate in this matter or that a class action would be superior here. ORM Fertility denies the remaining allegations in paragraph 105 of the FAC and its subparts.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

## CAUSES OF ACTION

## COUNT I
**Violation of the Electronic Communications Privacy Act**
**18 U.S.C. § 2511(1), *et seq.***

106. To the extent that this paragraph incorporates by reference any preceding allegations, ORM Fertility denies the incorporated allegations to the extent they are inconsistent with ORM Fertility's responses herein and otherwise denies any remaining allegations and any characterization of those allegations not expressly admitted.

107. Paragraph 107 contains legal conclusions regarding ECPA to which no response is required. To the extent a further response is required, ORM Fertility states that 18 U.S.C. § 2511 speaks for itself and denies the allegations in paragraph 107 of the FAC as they do not accurately characterize the law or the facts at issue in this case.

108. Paragraph 108 contains legal conclusions regarding ECPA to which no response is required. To the extent a further response is required, ORM Fertility states that the ECPA speaks for itself and denies the allegations in paragraph 108 of the FAC as they do not accurately characterize the law or the facts at issue in this case.

109. Paragraph 109 contains legal conclusions regarding ECPA to which no response is required. To the extent a further response is required, ORM Fertility states that 18 U.S.C. § 2520(a) speaks for itself and denies the allegations in paragraph 109 of the FAC as they do not accurately characterize the law or the facts at issue in this case.

110. ORM Fertility denies the allegations in paragraph 110 of the FAC.

111. ORM Fertility denies the allegations in paragraph 111 of the FAC.

112. Paragraph 112 contains legal conclusions regarding ECPA to which no response is required. To the extent a further response is required, ORM Fertility states that 18 U.S.C. § 2510(8)



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

speaks for itself and denies the allegations in paragraph 112 of the FAC as they do not accurately characterize the law or the facts at issue in this case.

113. Paragraph 113 contains legal conclusions regarding ECPA to which no response is required. To the extent a further response is required, ORM Fertility states that 18 U.S.C. § 2510(4) speaks for itself and denies the allegations in paragraph 113 of the FAC as they do not accurately characterize the law or the facts at issue in this case.

114. Paragraph 114 contains legal conclusions regarding ECPA to which no response is required. To the extent a response is required, ORM Fertility states that 18 U.S.C. § 2510(5) speaks for itself and denies the allegations in paragraph 114 of the FAC as they do not accurately characterize the law or the facts at issue in this case.

115. ORM Fertility denies the allegations in paragraph 115 of the FAC.

116. ORM Fertility denies the allegations in paragraph 116 of the FAC.

117. ORM Fertility denies the allegations in paragraph 117 of the FAC.

118. ORM Fertility denies the allegations in paragraph 118 of the FAC.

119. ORM Fertility denies the allegations in paragraph 119 of the FAC.

120. ORM Fertility denies the allegations in paragraph 120 of the FAC.

121. ORM Fertility denies the allegations in paragraph 121 of the FAC.

122. ORM Fertility denies the allegations in paragraph 122 of the FAC.

123. Paragraph 123 contains legal conclusions regarding ECPA and HIPAA to which no response is required. To the extent a further response is required, ORM Fertility states that 18 U.S.C. § 2511(2)(d) and HIPAA speak for themselves and denies the allegations in paragraph 123 of the FAC as they do not accurately characterize the law or the facts at issue in this case. ORM Fertility also specifically denies violating HIPAA.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

124. ORM Fertility denies the allegations in paragraph 124 of the FAC.

125. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125 of the FAC and accordingly denies these allegations.

126. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126 of the FAC and accordingly denies these allegations.

127. ORM Fertility denies the allegations in paragraph 127 of the FAC.

128. ORM Fertility denies that Plaintiff and putative class members suffered any damages. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the balance of the allegations in paragraph 128 of the FAC and accordingly denies these allegations.

**COUNT II**
**Negligence**

129. To the extent that this paragraph incorporates by reference any preceding allegations, ORM Fertility denies the incorporated allegations to the extent they are inconsistent with ORM Fertility's responses herein and otherwise denies any remaining allegations and any characterization of those allegations not expressly admitted.

130. ORM Fertility denies the allegations in paragraph 130 of the FAC.

131. ORM Fertility denies that it owed any duty. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 131 of the FAC and accordingly denies these allegations.

132. ORM Fertility denies that it owed any duty or had a special relationship with Plaintiff and Class Members who accessed the Website. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 132 of the FAC and accordingly denies these allegations.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

133. ORM Fertility denies the allegations in paragraph 133 of the FAC.

134. ORM Fertility denies the allegations in paragraph 134 of the FAC.

135. ORM Fertility denies the allegations in paragraph 135 of the FAC.

136. ORM Fertility denies the allegations in paragraph 136 of the FAC.

137. ORM Fertility denies the allegations in paragraph 137 of the FAC.

138. ORM Fertility denies the allegations in paragraph 138 of the FAC.

139. ORM Fertility denies the allegations in paragraph 139 of the FAC.

140. ORM Fertility denies the allegations in paragraph 140 of the FAC.

141. ORM Fertility denies the allegations in paragraph 141 of the FAC.

142. ORM Fertility denies the allegations in paragraph 142 of the FAC.

143. ORM Fertility denies the allegations in paragraph 143 of the FAC.

144. ORM Fertility denies the allegations in paragraph 144 of the FAC.

145. ORM Fertility denies the allegations in paragraph 145 of the FAC.

146. ORM Fertility denies that Plaintiff and/or putative class members suffered any damages. ORM Fertility denies the remaining allegations in this paragraph.

## COUNT III
**Breach of Confidence**

147. To the extent that this paragraph incorporates by reference any preceding allegations, ORM Fertility denies the incorporated allegations to the extent they are inconsistent with ORM Fertility's responses herein and otherwise denies any remaining allegations and any characterization of those allegations not expressly admitted.

148. Paragraph 148 contains legal conclusions regarding a medical providers' duty to patients to which no response is required. To the extent a further response is required, ORM Fertility states that the law speaks for itself regarding a medical provider's duty to patients and



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

denies the allegations in paragraph 148 of the FAC as they do not accurately characterize the law or the facts at issue in this case.

149. ORM Fertility denies that Plaintiff and other putative class members had a reasonable expectation of privacy in accessing, browsing or submitting forms via the Website. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 149 of the FAC and accordingly denies these allegations.

150. ORM Fertility denies that Plaintiff and other putative class members had a special relationship with ORM Fertility by accessing, browsing or submitting forms via the Website. ORM Fertility denies the remaining allegations in this paragraph.

151. ORM Fertility denies the allegations in paragraph 151 of the FAC.

152. ORM Fertility denies the allegations in paragraph 152 of the FAC.

153. ORM Fertility denies the allegations in paragraph 153 of the FAC.

154. ORM Fertility denies the allegations in paragraph 154 of the FAC.

155. ORM Fertility denies the allegations in paragraph 155 of the FAC and its subparts.

156. ORM Fertility denies the allegations in paragraph 156 of the FAC.

157. ORM Fertility denies the allegations in paragraph 157 of the FAC and its subparts.

158. ORM Fertility denies the allegations in paragraph 158 of the FAC.

## COUNT IV
**Unjust Enrichment**

159. To the extent that this paragraph incorporates by reference any preceding allegations, ORM Fertility denies the incorporated allegations to the extent they are inconsistent with ORM Fertility's responses herein and otherwise denies any remaining allegations and any characterization of those allegations not expressly admitted.

160. ORM Fertility denies the allegations in paragraph 160 of the FAC.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

161. ORM Fertility denies that Plaintiff and other putative class members conferred any benefit upon ORM Fertility by accessing, browsing or submitting forms via the Website. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegation in paragraph 161 of the FAC and accordingly denies these allegations.

162. ORM Fertility denies that it exceeded the scope of any authorization given by Plaintiff and other putative class members when accessing, browsing or submitting forms via the Website. ORM Fertility lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 162 of the FAC and accordingly denies these allegations.

163. ORM Fertility denies the allegations in paragraph 163 of the FAC.

164. ORM Fertility denies the allegations in paragraph 164 of the FAC.

165. ORM Fertility denies the allegations in paragraph 165 of the FAC.

## PRAYER FOR RELIEF

ORM Fertility denies that Plaintiff and/or the putative class members are entitled to any of the relief requested, whether legal, equitable, declaratory, or injunctive; denies that class certification is proper; denies that Plaintiff is entitled to recover any damages, penalties, fees, costs, or interest from ORM Fertility; and requests that the FAC be dismissed with prejudice and that judgment be entered in ORM Fertility's favor, together with such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Without admitting any allegation in the FAC and without assuming any burden that would otherwise rest with Plaintiff, and consistent with Federal Rule of Civil Procedure 8(c), ORM Fertility asserts the following affirmative defenses to the extent applicable. ORM Fertility



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

expressly reserves the right to amend these affirmative defenses as permitted by the Federal Rules of Civil Procedure and applicable orders of this Court.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The FAC, in whole or in part, fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(No Duty)**

ORM Fertility owed no duty to Plaintiff under the circumstances alleged in the FAC.

**THIRD AFFIRMATIVE DEFENSE**

**(No Breach/Reasonable Care)**

At all times, as alleged in the FAC, ORM Fertility exercised reasonable care and did not breach any duty owed to Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

**(Intervening/Superseding Cause)**

Plaintiff's alleged injuries and damages, if at all, were not proximately caused by any act or omission of ORM Fertility and were caused, in whole or in part, by intervening and/or superseding acts or omissions of third parties and/or Plaintiff.

**FIFTH AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

To the extent permitted by applicable law, Plaintiff's recovery is barred or reduced to the extent their own acts or omissions caused or contributed to the alleged injuries or damages.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

**SIXTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

Plaintiff failed to take reasonable steps to mitigate alleged damages, and any recovery must be reduced accordingly.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Some or all of Plaintiff's claims are barred, in whole or in part, by the applicable statute(s) of limitations.

**EIGHTH AFFIRMATIVE DEFENSE**

**(No HIPAA Claim)**

To the extent the FAC purports to assert a stand-alone claim under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") or its implementing regulations and/or as a predicate to the claims related to Electronic Communications Privacy Act, such claim is barred. To the extent the FAC relies on alleged HIPAA violations as a basis for liability or damages under some other theory, ORM Fertility denies any violation and further asserts that the FAC fails to plead facts establishing applicability of the HIPAA administrative-simplification provisions to ORM Fertility, including that the relevant information constitutes "individually identifiable health information" maintained by a covered entity and disclosed without authorization as required for the HIPAA criminal wrongful-disclosure provision.

**NINTH AFFIRMATIVE DEFENSE**

**(Lawful Disclosure)**

To the extent Plaintiff's claims are based on an alleged improper use or disclosure of health information, any such use or disclosure was authorized and/or otherwise lawful.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

**TENTH AFFIRMATIVE DEFENSE**

**(Consent)**

To the extent any claim is based on ORM Fertility's purported use of tracking technologies (including pixels, tags, cookies, SDKs, or similar tools) and/or any alleged collection, use, or disclosure of information through its website, application, or related services, Plaintiff's claims are barred in whole or in part because they consented to and/or authorized the alleged conduct. Plaintiff assented to the applicable terms of use and/or privacy disclosures through clickwrap and/or other reasonably conspicuous notice and manifestation of assent (including continued use), and/or otherwise provided express or implied consent to the placement and operation of tracking technologies and related data processing. Plaintiff is therefore estopped from, and/or have waived, any claim predicated on the allegedly unauthorized tracking, collection, or transmission of information.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Speculative Damages)**

Plaintiff is not entitled to recover because she has not suffered compensable damages caused by ORM Fertility, and any claimed damages are speculative, remote, and/or not recoverable as a matter of law and if at all.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Failure to Join Indispensable Parties)**

The FAC is barred as Plaintiff has failed to join necessary and indispensable parties.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

Plaintiff lacks standing to pursue the claims alleged in the FAC, in whole or in part.



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Meet Class Action Requirements)**

This action cannot be maintained as a class action pursuant to Federal Rules of Civil Procedure Rule 23 or Oregon law because Plaintiff's allegations require individualized inquiry. Such individual analyses predominate over common questions which defeat the legality and utility of a purported class action or collective action.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Not Similarly Situated)**

Plaintiff cannot bring this action in a representative capacity because she is not "similarly situated" to the members of the putative class action she purports to represent in this action.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Not Adequate Representative)**

Plaintiff is not an adequate representative of the members of the alleged putative class for purposes of satisfying Rule 23 of the Federal Rules of Civil Procedure.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(No Common Issues of Law and/or Fact)**

This action is not appropriate for class certification under Rule 23 of the Federal Rules of Civil Procedure because the facts and law common to the case are insignificant compared to the individual facts and issues particular to Plaintiff and the members of the alleged putative class.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Numerosity)**

This action is not appropriate for class certification under Rule 23 of the Federal Rules of Civil Procedure because Plaintiff cannot demonstrate the class is so numerous that joinder of all



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

members of the putative class is impracticable.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Class Action Not Superior)**

Class action treatment under Rule 23 of the Federal Rules of Civil Procedure is not superior to other available methods for the fair and efficient adjudication of Plaintiff's claims and the claims of the members of the putative collective and class action.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Denials and Affirmative Defenses Applicable to Each Class Member)**

ORM Fertility opposes class action certification and disputes the propriety of class treatment of this action. If the Court certifies a class action in this action over ORM Fertility's objections, then ORM Fertility asserts the applicable denials and affirmative defenses set forth herein against each and every member of the certified class action.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Waiver, Release, Unclean Hands, Laches and/or Estoppel)**

Plaintiff is barred from recovering against ORM Fertility based on the doctrines of waiver, release, unclean hands, laches and/or estoppel.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(LinkedIn Terms)**

Plaintiff's claims and damages are barred, in whole or in part, by her agreement with LinkedIn and/or the LinkedIn terms of use she agreed to when she established or used her LinkedIn account.

//

//



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(First and Fourteenth Amendments)**

Plaintiff's claims are barred, in whole or in part, by the First and Fourteenth Amendments of the United States Constitution because the alleged unlawful behavior amounts to protected free speech.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Reservation of Additional Defenses)**

ORM Fertility reserves the right to assert any and all additional defenses and affirmative defenses that may become applicable or apparent through discovery, investigation, or further development of the facts and law.

DATED this 17th day of April, 2026.

SNELL & WILMER L.L.P.

*/s/ Patricia Brum*

Clifford S. Davidson, OSB No. 125378
Jenna M. Teeny, OSB No. 244519
Patricia Brum (*pro hac vice*)

Attorneys for Defendant Oregon Reproductive Medicine, LLC d/b/a/ ORM Fertility

4918-3127-2863



Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800